COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: International Fidelity Insurance Co., Agent Glen Strickland d/b/a A-1 Bonding Company v. The State of Texas

Appellate case numbers: 01-16-00627-CR, 01-16-00628-CR, 01-16-00629-CR

Trial court case number: 1429386-A, 1429387-A, 1429388-A

Trial court: 337th District Court of Harris County

Appellant, International Fidelity Insurance Co., Agent Glen Strickland d/b/a A-1 Bonding Company, filed notices of appeal of the trial court's judgments of forfeiture. We abated the appeals and remanded the causes to the trial court to determine issues concerning the reporter's record. In each appeal, the court reporter has filed a reporter's record of the May 1, 2017 abatement hearing and the trial court clerk has filed a supplemental clerk's record that includes the trial court's findings of fact. Accordingly, the cases are **reinstated** on the Court's active docket.

Appellant filed its Appellant's Brief on February 22, 2017, before the appeals were abated. **Appellant may file a supplemental or amended brief no later than 30 days from the date of this order. Appellant is directed to notify the Court no later than 30 days from the date of this order if appellant does not intend to file an amended or supplemental brief**. The State's brief will be due no later than 30 days from the date that appellant notifies the court or files a supplemental or amended brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd _____

             ☑ Acting individually    ☐ Acting for the Court

Date: June 8, 2017 _____